**Order filed, March 10, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-01101-CV
_____

**PLEASANT HILL COMMUNITY DEVELOPMENT CORPORATION,**
**Appellant**

**V.**

**THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY AND HARRIS**
**COUNTY APPRAISAL DISTRICT, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-72430**

---

### CORRECTED ORDER

The reporter's record in this case was due **January 10, 2014**. *See* Tex. R. App. P. 35.1. On **January 28, 2014**, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Berry**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Cynthia Berry** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM